# ELECTRONIC RECORD

**085·15**

COA # 08-12-00099-CR          OFFENSE: INDECENCY WITH A CHILD

STYLE: McIntyre, George Bell v. The State of Texas          COUNTY: Pecos

COA DISPOSITION:    AFFIRM          TRIAL COURT: 112th District Court

DATE: 12/19/2014          Publish: NO    TC CASE #:    3166

# IN THE COURT OF CRIMINAL APPEALS

STYLE: McIntyre, George Bell v. The State of Texas          CCA #:    **085·15**

PRO SE          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

DISMISSED AS UNTIMELY          JUDGE: _____

DATE: 4/01/2015          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**